

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2019

No. 04-19-00270-CR

Manuel **HUIZAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9458
Honorable Laura Parker, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on June 12, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court